**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **CHRISTIAN LOVE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROB KOLKMAN, CONSTABLE KOLKMAN LLC, ANDREA CROFT, and JOHN DOES 1 -5,**<br><br>**Defendants.** | **ORDER**<br><br>**Case No. 2:26-cv-00027-TS-JCB**<br><br>**District Judge Ted Stewart**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is a stipulated motion from non-party Constable Services of Utah LLC ("Constable Services") and Plaintiff Christian Love to continue a hearing set for October 20, 2026.[2] For the reasons stated in the motion, for good cause shown, and based upon the stipulation between Constable Services and Plaintiff, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the hearing[3] regarding Constable Services' motion to quash[4] is continued to November 17, 2026, at 1:00 p.m. Plaintiff and Constable Services shall notify the court promptly if the matters set for hearing are resolved before that time.

[1] ECF No. 16.

[2] ECF No. 68.

[3] ECF No. 61.

[4] ECF No. 39.

IT IS SO ORDERED.

DATED this 20th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge